# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

---

**November 2012 GRAND JURY**
**(Impaneled November 9, 2012)**

**THE UNITED STATES OF AMERICA**

***-vs-***

**SHELDON HURLEY**

**INDICTMENT**

**Violations:**
Title 18, United States Code, Sections 1349 and 1956(h)
(2 Counts)

**COUNT 1**

**(Conspiracy to Commit Wire Fraud)**

**The Grand Jury Charges That:**

1. Between in or about May 2007 and in or about July 2011, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **SHELDON HURLEY,** did knowingly, willfully and unlawfully combine, conspire and agree with Afiya Stoddart, Sherece Payne, Ashley Cain, Luna Noncent, and with others, known and unknown to the Grand Jury, to devise a scheme and artifice to defraud loan applicants, and to obtain money and property from loan applicants by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice to transmit, and cause to be transmitted, writings, signs, signals and sounds by means of wire communications in interstate and foreign commerce, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS

2. It was part of the conspiracy and scheme and artifice that others, known and unknown to the Grand Jury, established fictitious financial companies utilizing Internet websites to offer loans to individuals, including persons with credit problems or other impediments to securing loans from financial institutions. These financial entities were advertised on the Internet as well as in print media. In fact, however, these financial entities were established for the sole purpose of falsely promising loans to persons in exchange for advance payment of funds. Notwithstanding the payment of funds by loan applicants, who were located throughout the United States, including in the Western District of New York, no loans were ever received by the applicants and the applicants never received a refund of the advance payments.

3. It was further part of the conspiracy and scheme and artifice that the fictitious financial entities employed persons to contact loan applicants to request documents and other information in support of the individuals' loan applications. The loan applicants were told that they were required to make advance payments, which were usually characterized as "insurance deposits" or "security deposits" that purportedly were required by the private lenders in order to obtain the loan proceeds.

4. It was further part of the conspiracy and scheme and artifice that the loan applicants were told to make the advance payments for the insurance and security deposits payable to persons who were falsely represented to be couriers for fictitious private lenders

through Western Union or MoneyGram wire transfers to locations in Buffalo, New York; Detroit, Michigan; Toledo, Ohio; Brooklyn, New York; and Ontario, Canada.

5. It was further part of the conspiracy and scheme and artifice that wire transfers sent by victims for loans were received by the defendant and co-conspirators in Buffalo, New York, Detroit, Michigan, and Brooklyn, New York, for fictitious loan companies known as Stanley Capitol, The Holden Group, and Molina Financial Services. The victims ultimately never received the loans, and their payments were retained by the defendant and co-conspirators.

6. It was further part of the conspiracy and scheme and artifice that Afiya Stoddart, Sherece Payne, Ashley Cain, Luna Noncent, and others known and unknown to the Grand Jury, were among the couriers for the defendant and received money transfers from loan applicants at Western Union and MoneyGram outlets in Buffalo, New York and Brooklyn, New York.

7. It was further part of the conspiracy and scheme and artifice to defraud that the funds obtained by the couriers in the United States were transported to the defendant in Canada. The couriers kept a portion of the deposit proceeds as compensation for their role in retrieving the funds and delivered the balance of the proceeds to the defendant.

8. It was further part of the conspiracy and scheme and artifice to defraud that the defendant received in excess of $159,000 in insurance and security deposits

from hundreds of loan applicants in the United States, some of whom resided in the Western District of New York. Despite paying the deposits, the applicants never received the loan proceeds that had purportedly been guaranteed to them or refunds of the deposit payments.

**All in violation of Title 18, United States Code, Section 1349.**

## COUNT 2

**(Conspiracy to Launder Monetary Instruments)**

**The Grand Jury Further Charges That:**

1. The allegations set forth in Count 1 of this Indictment are specifically incorporated herein by reference.

2. Between in or about May 2007 and in or about July 2011, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **SHELDON HURLEY,** did knowingly, willfully and unlawfully combine, conspire and agree with Afiya Stoddart, Sherece Payne, Ashley Cain, Luna Noncent, and others, known and unknown to the Grand Jury, to knowingly transport and transfer monetary instruments and funds, from a place in the United States to a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, that is, wire fraud in violation of Title 18, United States Code, Section 1343, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

**All in violation of Title 18, United States Code, Section 1956(h).**

DATED: Buffalo, New York, August 6, 2014.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: s/CAROL G. BRIDGE
Special Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5831
Carol.Bridge@usdoj.gov

A TRUE BILL:

s/FOREPERSON